STATE OF NEW JERSEY v. JOSEPH DEL NOBILE.

October 7, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. ISRAEL PANIAGUA.

October 7, 1970. Petition for certification denied.

LAURENCE G. O'CONNOR v. HOWARD S. HARMS, *ET AL.*

October 7, 1970. Petition for certification denied. (See 111 *N. J. Super.* 22).

CLARA LOEB v. WILLIAM LOEB.

October 7, 1970. Petition for certification denied.

EMMET J. O'BRIEN, *ET AL* v. BETHLEHEM STEEL CORP.

October 7, 1970. Petition for certification granted.

ANNABELLE S. KHALAF v. JAMES W. KHALAF.

October 7, 1970. Petition for certification granted.